```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
                       CAMDEN VICINAGE
```

| | |
|---|---|
| J. CRAIG MAUE,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICK L. KEATING,<br><br>    Defendant. | Civil No. 05-3691 (NLH) |

### AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone conference on August 6, 2008; and the Court noting the following appearances: Anthony Argiropoulos, Esquire, appearing on behalf of plaintiff; and Gary W. Boguski, Esquire, appearing by telephone on behalf of defendant.

IT IS this **6th** day of **August, 2008,** hereby **ORDERED:**

1. It will be necessary for counsel to cooperate in preparing the form Joint Final Pretrial Order. The instructions for preparing the Order can be found on the website at PACER.NJD.USCourts.gov, under Forms (Pretrial Orders). The Joint Final Pretrial Order (**original and two copies for the court, with sufficient copies for all counsel**), as signed by all counsel, shall be delivered to me **three (3) days before** the conference on **September 8, 2008 at 3:00 p.m.**

**LEAD TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT. RULE 16(d), F. R. CIV. P.**

THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F<small>ED</small>. R. C<small>IV</small>. P. **16(f).**

                             s/ Joel Schneider
                             JOEL SCHNEIDER
                             United States Magistrate Judge